UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>SANTA MONICA MAIL LLC; DOUGLAS NOMURA, AS TRUSTEE OF THE DOUGLAS NOMURA TRUST; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:24-cv-07429-MWC (SKx)<br><br>**Judgment Re: Default Judgment**<br><br>JS-6 |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff CLIFTON WALKER shall have JUDGMENT in Plaintiff's favor against Defendants SANTA MONICA MAIL LLC and DOUGLAS NOMURA, AS TRUSTEE OF THE DOUGLAS NOMURA TRUST.

    Defendants SANTA MONICA MAIL LLC and DOUGLAS NOMURA, AS TRUSTEE OF THE DOUGLAS NOMURA TRUST are ordered to provide an accessible

entrance at the property located at or about 1014 Broadway, Santa Monica, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

The Court will calculate any attorneys' fees pursuant to the "lodestar" method on a request for attorneys' fees with supporting documentation.

Dated: February 18, 2025

Hon. Michelle Williams Court
United States District Judge